UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Chana Biener,<br><br>Plaintiff,<br><br>v.<br><br>Associated Credit Services, Inc.,<br><br>Defendant. | **JUDGMENT**<br><br>Docket No: 2:21-cv-12757-SDW-JSA |

Defendant Associated Credit Services, Inc. having offered judgment against itself pursuant to FRCP 68 in the sum of amount of $1001.00 in statutory damages, $200.00 in actual damages and costs and attorney's fees in an amount to be set by the court, and Plaintiff having accepted said offer of judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff Chana Biener recover from Defendant Associated Credit Services, Inc. the amount of $1001.00 in statutory damages, $200.00 in actual damages and costs and attorney's fees in an amount to be set by the court.

Dated: December 9, 2021

_____
Hon. Susan D. Wigenton
United States District Judge